IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS D. ARTHUR, )
 )
    Plaintiff, )
 )
v. ) CIVIL ACTION 17-0221-WS-B
 )
JEFFERSON DUNN, COMMISSIONER, )
ALABAMA DEPARTMENT OF )
CORRECTIONS, *et al.*, )
 )
    Defendants. )

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 18th day of May, 2017.

                            s/WILLIAM H. STEELE
                            UNITED STATES DISTRICT JUDGE